UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN BEVAN,

                Plaintiff,

vs.     Case No.   2:03-cv-527-FtM-33SPC

ROD SHOAP, in his official capacity as the Sheriff of Lee County Florida and in his individual capacity; MARK DURLING, BRIAN FOELL, KENNETH EARN, CORPORAL SCOTT STAUDER, ROSS DIPASQUALE, MR. HUDNALL, GEORGE MITAR, JOEL WOLFSON, URSULA WOLFSON, JULIE NIEMINSKI, MR. NIEMINSKI, JOSEPH DUFRAT, MARILYN DUFRAT, THE ESTATE OF JOHN MCSWEENEY, MRS. JOHN MCSWEENEY, MRS. DOUGLAS HENRICKS, MR. BAKHTIAN, MRS. BAKHTIAN, DR. DOUGLAS HENRICKS, RICHARD TRAVIS COWART, CLAUDIA COWART, JACKIE COWART, JAN CAMPBELL, JOHN MCDOUGALL,

                Defendants.
_____

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's report and recommendation (Doc. #396), filed on November 1, 2005, recommending that defendants Kyle, Plattner, Viacava, D'Allesandro, and Arakakian's Motion to Dismiss for Plaintiff's failure to Participate in Discovery (Doc. #366) be denied. Bevan has filed an objection to the report and recommendation (Doc. #401).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After reviewing the report and recommendation, the motion to dismiss, and Bevan's objections, the Court agrees that defendants' motion should be denied.  However, the Court disagrees with the rationale for the denial.  Instead of finding that Bevan's failure to participate in discovery does not yet rise to the level of willful disobedience and thus does not warrant a dismissal, the Court predicates its denial of defendants' motion on the fact that all of the moving defendants have been dismissed from this proceeding in an earlier order.  Thus, the defendants lack standing to file a motion to dismiss.

In his fourth amended complaint, Bevan alleges eight counts, only five of these counts implicate the moving defendants: (1)

Count II-conspiracy claim; (2) Count IV- malicious prosecution; (3) Count V- false arrest; (4) Count VII- slander; and (5) Count VIII- libel.

On January 13, 2005, the Court entered an order (Doc. #337) which addressed two motions: (1) defendants Kyle, Platner, Viacava, and Arakalian's Motion to Dismiss or for More Definite Statement (Doc. #286); and (2) defendant D'Allasandro's Motion to Dismiss or for More Definite Statement (Doc. #304).  In its order, the Court dismissed each of the counts levied against the moving defendants.  Specifically, the Court dismissed counts II, IV, and V with prejudice and counts VII and VIII without prejudice.  Since Bevan has not filed an amended complaint since entry of the January 13, 2005 order, all counts against the moving defendants stand dismissed.

Consequently, after conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the magistrate's ultimate conclusion, but disagrees with the manner in which the magistrate reached that conclusion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's report and recommendation (Doc. #39) is **ACCEPTED** to the extent the magistrate recommends that the motion be denied.

2. Defendants Kyle, Plattner, Viacava, D'Allesandro, and Arakakian's Motion to Dismiss for Plaintiff's failure to Participate in Discovery (Doc. #366) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>12th</u> day of December, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record